FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

2008 DEC -4 AM 9: 45

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR606-00026-006 |
| Homer Holloway ) | USM No: 12965-021 |
| Date of Previous Judgment: January 8, 2008 ) | Michael C. Garrett |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    [X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33    Amended Offense Level:   33
Criminal History Category:   IV    Criminal History Category:   IV
Previous Guideline Range:  188 to 235 months    Amended Guideline Range:  188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

The defendant is not eligible for a reduction in sentence because his offense level was determined based on quantities of cocaine hydrochloride and not cocaine base.

Except as provided above, all provisions of the judgment dated January 8, 2008, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12-4-08

Judge's signature

B. Avant Edenfield
Effective Date:    United States District Judge
                             For the Southern District of Georgia
(if different from order date)            Printed name and title