IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA * 
 *
v. * CR 606-026-6
 *
HOMER HOLLOWAY *

## O R D E R

Presently before the Court is Defendant Homer Holloway's motion for early termination of supervised release. Holloway pled guilty to a drug-related conspiracy on September 24, 2007, and was sentenced to serve 156 months in prison followed by five years of supervised release. On May 26, 2015, his sentence was reduced to 125 months pursuant to 18 U.S.C. § 3582(c)(2).

Holloway was released from custody on December 24, 2015, and has been under the supervision of the United States Probation Office in this district for nearly four years. He has complied with all conditions of supervision. He has adjusted favorably to his independence by maintaining employment, remaining drug free, and getting married. He has obtained his commercial driver's license while on supervised release, and he has paid his $4,800 fine. Further, while the Government has not responded to the motion, Holloway's supervising probation officer does not object to early termination.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Holloway's motion (doc. 1738) is **GRANTED**. Homer Holloway is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Drew Walker of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA